Exhibit 2

| US7860000B2 | Specification Support | BIG-IP Local Traffic Manager (LTM) (The Accused Product) |
|---|---|---|
| **1pre.** A method comprising:<br><br>**1a.** estimating, by a processor, an activity factor for a priority class based on a provided bit rate for the priority class and a guaranteed bit rate of the priority class, wherein the activity factor defines a percentage of time that a user is active; and | When performing admission control in a system, that includes HSDPA, for **a new user of a certain priority and with certain requirements,** which can be expressed in GBR and maximum delay constraints, the admission control function of the RNC needs to know what the required power is of the existing users. The required power depends on the QoS requirements of the existing users. The Node B provides a required power attribute per priority class (SPI). This required power is defined as "the minimum necessary power for a given priority class to meet the Guaranteed Bit | The accused product practices a method for estimating, by a processor, an activity factor for a priority class based on a provided bit rate for the priority class and a guaranteed bit rate of the priority class, wherein the activity factor defines a percentage of time that a user is active.<br><br>BIG-IP Local Traffic Manager (LTM) is a F5 Networks' BIG-IP Primary Software Module. LTM provides the platform for creating virtual servers, performance, service, protocol, authentication, and security profiles to define and shape the application traffic. See Fig 1.<br><br>**Citation 1: About BIG-IP Local Traffic Manager (LTM)**<br><br>**BIG-IP Software**<br><br>BIG-IP software products are licensed modules that run on top of F5's Traffic Management Operation System® (TMOS). This custom operating system is an event driven operating system designed specifically to inspect network and application traffic and make real-time decisions based on the configurations you provide. The BIG-IP software can run on hardware or can run in virtualized environments. Virtualized systems provide BIG-IP software functionality where hardware implementations are unavailable, including public clouds and various managed infrastructures where rack space is a critical commodity.<br><br>**BIG-IP Primary Software Modules**<br><br>◦ **BIG-IP Local Traffic Manager (LTM)** - Central to F5's full traffic proxy functionality, LTM provides the platform for creating virtual servers, performance, service, protocol, authentication, and security profiles to define and shape your application traffic. Most other modules in the BIG-IP family use LTM as a foundation for enhanced services.<br><br>Fig 1<br><br>Source: https://devcentral.f5.com/s/articles/what-is-big-ip-24596, Page 2, Last accessed June 19, 2020, Exhibit D |

# Exhibit 2

| | | |
|---|---|---|
| | Rate for all the established HS-DSCH connections belonging to this priority class', and assumes 100% user activity.<br><br>[Col. 2, Line 7-18]<br><br>The AF follows the user behavior and defines the **percentage of the time that the user (the UE associated with the user) is active**. The effective value may vary significantly among users.<br><br>[Col. 2, Line 22-25]<br><br>**The estimation of the activity factor may, for example, be used to estimate the used power per priority class, which in turn may be used for QoS-based admission control to adjust the HS-DSCH required power.** That is, the AC uses the | The users connected to a network managed by BIG-IP use Peer-to-Peer (P2P) protocols to share very large files, including software, multi-media files, and applications which results in excessive bandwidth consumption. A traffic class is used to classify traffic according to a set of criteria that you define, such as source and destination IP addresses.<br><br>To deliver optimal application performance, F5 BIG-IP iRules and the Rate Shaping feature of BIG-IP Local Traffic Manager (LTM) (*i.e.,* the processor) identifies different types of traffic (*i.e.,* classes) to allocates more bandwidth for higher priority applications (*i.e.*, associated to priority class) by providing flexible bandwidth limits, bandwidth borrowing, and traffic queuing features. The bandwidth usage of any type of traffic can be controlled. See Fig 2 *to* Fig 4.<br><br>**Citation 2: BIG-IP iRules and Rate Shaping feature**<br><br>**With the increasing proliferation of broadband, more and more users are using Peer-to-Peer (P2P) protocols to share very large files, including software, multi-media files, and applications. This trend has exponentially increased traffic flows across a very wide area network.**<br><br>If you are coping with excessive bandwidth consumption due to P2P traffic such as BitTorrent, eMule, numerous Gnutella clients, DirectConnect, Kazaa, etc., conventional rate shaping techniques such as limiting bandwidth by TCP port number may not do the trick. A more powerful technique based on application signature identification via packet inspection may be needed.<br><br>Traditional rate shaping techniques may not be sufficient to control new breeds of applications. For example, BitTorrent is a protocol that is typically used by simple desktops to transfer user files via broadband connections. However, using BitTorrent to transfer high volumes of data puts huge pressures on the broadband operators' network. Unfortunately, prohibiting BitTorrent traffic has become routine for some broadband operators and is now a key area of contention between users and broadband operators.<br><br>This paper describes how you can use F5 BIG-IP iRules and the Rate Shaping feature of BIG-IP Local Traffic Manager (LTM) to identify different types of traffic for individualized control that can return double-digit capacity without spending a dime on additional bandwidth. Through the combination of iRules and Rate Shaping, you can:<br><br>Fig 2<br><br>Source: https://www.f5.com/services/resources/white-papers/bandwidth-management-for-peer-to-peer-applications, Page 1, Last accessed June 19, 2020, Exhibit B |

Exhibit 2

| | | |
|---|---|---|
| | adjusted required power for AC decisions.<br><br>[Col. 4, Line 7-11] | **Citation 3: Traffic classes**<br><br>**About Traffic Classes**<br><br>**About traffic classes**<br><br>The BIG-IP® system includes a feature known as traffic classes. A traffic class is a feature that you can use when implementing optimization profiles for modules such as the Application Acceleration Manager™ .<br><br>A ***traffic class*** allows you to classify traffic according to a set of criteria that you define, such as source and destination IP addresses. In creating the traffic class, you define not only classification criteria, but also a classification ID. Once you have defined the traffic class and assigned the class to a virtual server, the system associates the ***classification ID*** to each traffic flow. In this way, the system can regulate the flow of traffic based on that classification.<br><br>When attempting to match traffic flows to a traffic class, the system uses the most specific match possible.<br><br>Fig 3<br><br>Source: Bandwidth Management for Peer-to-Peer Applications, Page 1, Last accessed June 19, 2020, Exhibit A |

Exhibit 2

**Citation 4: Rate Shaping and iRule in BIG-IP LTM**

With BIG-IP iRules and the Rate Shaping feature in the BIG-IP Local Traffic Management system, you can control the bandwidth usage of any type of traffic. Figure 1 shows how Rate Shaping can control the bandwidth usage of just BitTorrent traffic.




Figure 1: Controlling BitTorrent Traffic

Fig 4

Source: https://www.f5.com/services/resources/white-papers/bandwidth-management-for-peer-to-peer-applications, Page 2, Last accessed June 19, 2020, Exhibit B

An iRule is a feature within the BIG-IP LTM system that can be used to manage network traffic passing through an F5 device. Through the combination of iRules and Rate Shaping, critical applications are not impacted by non-priority traffic and optimal application performance can be delivered by allocating more bandwidth for higher priority applications. See Fig 5.

**Citation 5 : iRule feature**

Welcome to the iRules wiki! An iRule is a powerful and flexible feature within the BIG-IP® local traffic management (LTM) system that you can use to manage your network traffic. The iRulesTM feature not only allows you to select pools based on header data, but also allows you to direct traffic by searching on any type of content data that you define. Thus, the iRules feature significantly enhances your ability to customize your content switching to suit your exact needs.

Fig 5

Source: https://clouddocs.f5.com/api/irules/, Page 1, Last accessed September 2, 2020, Exhibit E

Rate Shaping is a feature in the BIG-IP system that allows the user to enforce a throughput policy on incoming traffic for prioritizing and restricting bandwidth on selected patterns. See Fig 6.

**Citation 6 : Rate Shaping feature**

**Introduction to rate shaping**

The BIG-IP® system includes a feature called rate shaping. ***Rate shaping*** allows you to enforce a throughput policy on incoming traffic. Throughput policies are useful for prioritizing and restricting bandwidth on selected traffic patterns.

The rate shaping feature works by first queuing selected packets under a rate class, and then dequeuing the packets at the indicated rate and in the indicated order specified by the rate class. A ***rate class*** is a rate-shaping policy that defines throughput limitations and a packet scheduling method to be applied to all traffic handled by the rate class.

You configure rate shaping by creating one or more rate classes and then assigning the rate class to a packet filter or to a virtual server. You can also use the iRules® feature to instruct the BIG-IP system to apply a rate class to a particular connection.

Fig 6

Source: https://techdocs.f5.com/kb/en-us/products/big-ip-aam/manuals/product/aam-concepts-11-5-0/4.html, Page 1, Last accessed September 2, 2020, Exhibit F

Bandwidth control functions are used to manage user traffic by broadband operators. The Bandwidth limit of specific applications and rate classes can be controlled by setting the ceiling rate. Also, a critical application or traffic class (priority class) can be allocated more bandwidth by providing non-important applications lesser traffic. Also, the limit of available bandwidth can be set in a range. The available bandwidth for this class will not fall below the set limit of bandwidth (guaranteed bit rate). See Fig 7 and Fig 8.

**Citation 7: Bandwidth control**

### Bandwidth Control

Some of the key bandwidth control functions used to manage user traffic by broadband operators include:

- Bandwidth limit of Peer-to-Peer (P2P) application to an individual user (IP)
- Bandwidth limit of P2P application to a group of selected users
- Bandwidth limit of specific application (BitTorrent, WWW, FTP, etc.) to an individual user (IP)
- Bandwidth limit specific applications to a selected user group
- Bandwidth limit the exit traffic according to application types

With the Rate Shaping feature, BIG-IP gives you the ability to:

- Limit bandwidth
- Control bandwidth bursting
- Limit bandwidth by direction

BIG-IP controls bandwidth per Rate Class, so you can control the traffic in a single Rate Class type to obey any and all rate shaping rules independent of the rules you specify for any other Rate Class. By combining bandwidth control functionality with an iRule that identifies and isolates specific types of traffic, you can control traffic in the following ways:

- Base throughput rate
- Absolute limit on the rate at which traffic is allowed to flow when bursting or borrowing
- Maximum number of bytes that traffic is allowed to burst beyond the base rate, before needing to borrow bandwidth
- Direction of traffic (any, client, server) to which the Rate Class is applied
- Rate class from which this class can borrow bandwidth
- Method that the Rate Class uses to queue and dequeue traffic

You can also define policies in each Rate Class for traffic flowing through any single or group of virtual servers and/or pools.

Fig 7

Source: https://www.f5.com/services/resources/white-papers/bandwidth-management-for-peer-to-peer-applications, Page 3, Last accessed June 19, 2020, Exhibit B

**Citation 8: Ceiling rate**

The following example shows the interface and properties for a basic rate class.




Load balancing, monitoring, and prioritizing OCSP services.

Fig 8

Source: https://www.f5.com/services/resources/white-papers/bandwidth-management-for-peer-to-peer-applications, Page 4, Last accessed June 19, 2020, Exhibit B

The bandwidth limit for HTTP can be set for a duration of time. E.g., see Fig 9 and Fig 10.

Exhibit 2

**Citation 9: Bandwidth limit**

## Bandwidth Limit of WWW Applications

With BIG-IP LTM, you can bandwidth limit only WWW applications. To analyze the effect of this kind of traffic policy, do the following:

- Write an iRule to identify WWW applications and assign HTTP traffic to a separate Rate Class.
- Using BIG-IP Rate Shaping, create a Rate Class to limit user application bandwidth for HTTP traffic.
- Watch the traffic change on a network monitoring system.

Fig 9

Source: https://www.f5.com/services/resources/white-papers/bandwidth-management-for-peer-to-peer-applications, Page 7, Last accessed June 19, 2020, Exhibit B

Exhibit 2

**Citation 10: HTTP Traffic Limit**




Figure 6: HTTP Traffic Limit

When HTTP is limited, pages open more slowly and HTTP application performance decreases. Once the bandwidth limit is lifted, users' HTTP traffic rises to around 40MB/s when the limit is canceled at around 19:46. HTTP traffic was limited to 18M/s while the traffic policy is in force to prevent degrading users' non-HTTP applications during the test.

Fig 10

# Exhibit 2

| | | |
|---|---|---|
| | | Source: https://www.f5.com/services/resources/white-papers/bandwidth-management-for-peer-to-peer-applications, Page 7, Last accessed June 19, 2020, Exhibit B<br><br>Monitoring software can analyse real-time Bandwidth Consumption (provided bit rate) of Specific Application or traffic class. See Fig 11.<br><br>**Citation 11: Bandwidth Consumption** |

Exhibit 2

| | | |
|---|---|---|
| | | **Bandwidth Consumption of Specific Applications**<br><br>Baselining traffic across the network also involves the graphing of traffic throughput by application. Monitoring software can analyze typical Internet applications to determine what type of applications merit their own Rate Class. Figure 4 shows the traffic consumption of FTP and WWW traffic that you can use to determine if these types of applications are using a disproportionate amount of bandwidth.<br><br><br><br><br>Figure 4: Bandwidth Proportion of WWW and FTP<br><br>Fig 11<br><br>Source: https://www.f5.com/services/resources/white-papers/bandwidth-management-for-peer-to-peer-applications, Page 6, Last accessed June 19, 2020, Exhibit B<br><br>Also, BIG-IP Local Traffic Manager (LTM) gives the feature for restricting the bandwidth for a Specific Application or traffic class. See Fig 12 and Fig 13. |

Exhibit 2

**Citation 12: Bandwidth Control implementation**

In many situations, you may want to prioritize some types of applications as higher or lower priority. For instance, you may want to prioritize WWW and FTP traffic as lower priority traffic. However, look at the volume of WWW and FTP traffic before applying this kind of traffic policy to understand the impact of changing the traffic priority of these types of applications.

## Bandwidth Control Implementation

After baselining, you can use a combination of F5 BIG-IP iRules and the Rate Shaping feature of BIG-IP LTM to improve application performance. The following sections describe policies you can create to limit bandwidth for:

- P2P traffic
- WWW applications
- Multiple types of applications

## Bandwidth Limiting P2P Traffic

A common traffic management rule is limiting bandwidth for specific applications that are lower priority or consume excessive bandwidth when not controlled. In the case of service providers, bandwidth limiting P2P applications in one or more network segments and/or users is an effective way to manage this type of traffic.

With F5, you can bandwidth limit only P2P traffic and select the users to which this traffic policy applies using:

- BIG-IP iRules to analyze P2P traffic in certain IP network segments and assign certain users running P2P applications to a unique Rate Class
- BIG-IP Rate Shaping to define a policy that limits the P2P application bandwidth of the IP network segment for that Rate Class

What if you want to restrict P2P traffic to a limited amount of bandwidth only during peak use? Once configured with a Rate Class, you can watch the traffic change on the user's monitoring system, as shown in Figure 5.

Fig 12

Source: https://www.f5.com/services/resources/white-papers/bandwidth-management-for-peer-to-peer-applications, Page 6, Last accessed June 19, 2020, Exhibit B

**Citation 13: Bandwidth limit**




Figure 5: Bandwidth Limit of P2P to Part Selected Users

In Figure 5, users' P2P download speeds were limited to less than 1K/s per user from just after 17:46:12 to just past 18:23:01. During the time period, total download traffic for all users was limited to 1M /s for the network segment under control.

Fig 13

Source: https://www.f5.com/services/resources/white-papers/bandwidth-management-for-peer-to-peer-applications, Page 6, Last accessed June 19, 2020, Exhibit B

BIG-IP iRules and BIG-IP Rate Shaping can be used to customize traffic throughput for different types of applications. For this, a user can write a policy (iRule) to identify each type of application,

create a Rate Class for each type of application to be controlled, and then use the iRule to assign each Rate Class to the appropriate type of traffic. See Fig 14 and Fig 15.

**Citation 14: Bandwidth Limiting**

**Bandwidth Limiting Multiple Applications**

With BIG-IP iRules and BIG-IP Rate Shaping, you can customize traffic throughput for different types of applications. To do this, write an iRule to identify each type of application, create a Rate Class for each type of application you want to control, and then use the iRule to assign each Rate Class to the appropriate type of traffic.

The following table lists different policies that highlight the flexibility of BIG-IP Rate Shaping, giving you the ability to specify an infinite number of policies to manage traffic and optimize network resources.

Fig 14

Source: https://www.f5.com/services/resources/white-papers/bandwidth-management-for-peer-to-peer-applications, Page 7, Last accessed June 19, 2020, Exhibit B

**Citation 15: Policy**

| Time Span | Policy |
|---|---|
| 18:30:14 - 18:45:14 | None (peak usage starts at around 19:00) |
| 18:45:14 - 18:49:27 | • Limit HTTP to 5 Mb/s.<br>• Reject all BitTorrent traffic |
| 18:49:27 - 19:00:27 | Reject all BitTorrent traffic |
| 19:00:27 - 19:11:27 | • Reject all UDP traffic<br>• Limit BitTorrent and Other P2P traffic to 5 Mb/s with Other P2P having priority |
| 19:11:27 - 19:22:40 | • Limit BitTorrent to 3 Mb/s<br>• Limit UDP to 1 Mb/s<br>• Limit Other P2P to 1 Mb/s |
| 19:22:40 - 19:29:52 | • Limit total BW to 17 Mb/s<br>• HTTP is given highest priority<br>• Limit BitTorrent to 3 Mb/s<br>• Limit UDP to 1 Mb/s<br>• Limit Other P2P to 1 Mb/s |
| 19:29:52 - 19:37:28 | • Limit total BW to 17 Mb/s<br>• Limit UDP to 1 Mb/s<br>• Limit Other P2P to 1 Mb/s |
| 19:37:28 - 19:41:04 | • Limit total BW to 17 Mb/s<br>• Limit Other P2P to 1 Mb/s |
| 19:41:04 - 19:44:41 | Limit total BW to 17 Mb/s |
| 19:44:41 | Onwards None |

Fig 15

| | | |
|---|---|---|
| | | Source: https://www.f5.com/services/resources/white-papers/bandwidth-management-for-peer-to-peer-applications, Page 7-8, Last accessed June 19, 2020, Exhibit B<br><br>As an example, the traffic from a particular application called BitTorrent can be rejected for a certain period. During this period, the application will remain inactive and remain active for the other times, as evident from the provided bitrate and guaranteed bit rate of the BitTorrent (class).<br><br>According to the patent specification, *"The AF follows the user behavior and defines the percentage of the time that the user (the UE associated with the user) is active."* [Col. 2, Line 22-24].<br><br>Therefore, an activity factor must be there in BIG-IP LTM to judge for what part (percentage) of time a particular application remains active. E.g., see Fig 16.<br><br>Note: Product Testing/ Source code review is needed to strengthen the claim limitation *"wherein the activity factor defines a percentage of time that a user is active"*. |

Exhibit 2

| | | |
|---|---|---|
| | | **Citation 16: Bandwidth Limiting**<br><br>Figure 7 illustrates the effect of four different policies used to manage four different types of traffic.<br><br><br><br><br>Figure 7: Effects of Bandwidth Limit Policies in Test Cases<br><br>Fig 16 |

| | | |
|---|---|---|
| | | Source: https://www.f5.com/services/resources/white-papers/bandwidth-management-for-peer-to-peer-applications, Page 8, Last accessed June 19, 2020, Exhibit B |
| **1b.** using, by the processor, the estimated activity factor to estimate at least one network-related parameter. | **An output of the AF estimation unit may be used to estimate some network-related parameter, such as the power used for existing HSDPA connections and/or a QoS factor in terms of bit rate**. The unit includes means to average the estimated AF per SPI overall HS-DSCH connections belonging to the SPI group. The SPI may be a best effort SPI, and in this case the guaranteed bit rate is a minimum guaranteed bit rate.<br><br>[Col. 7, Line 33-40] | The accused product practices a method for using, by the processor, the estimated activity factor to estimate at least one network-related parameter.<br><br>BIG-IP devices including the BIG-IP LTM (*i.e.,* the processor) make use of monitors to determine the availability and performance of devices, links and services on a network. Monitors are used to gather information about the network and the gathered information can be viewed by the user. See Fig 17.<br><br>**Citation 17: Monitors in BIG-IP LTM**<br><br>**Monitors Concepts**<br><br>**Purpose of monitors**<br><br>Monitors determine the availability and performance of devices, links, and services on a network. Health monitors check the availability. Performance monitors check the performance and load. If a monitored device, link, or service does not respond within a specified timeout period, or the status indicates that performance is degraded or that the load is excessive, the BIG-IP system can redirect the traffic to another resource.<br><br>**Benefits of monitors**<br><br>Monitors gather information about your network. The information that monitors gather is available for you to view. You can use this information to troubleshoot problems and determine what resources in your network are in need of maintenance or reconfiguration.<br><br>Fig 17<br><br>Source: https://techdocs.f5.com/en-us/bigip-16-0-0/big-ip-local-traffic-manager-monitors-reference/monitors-concepts.html#GUID-886B6012-8FFB-4F82-A3FE-ED263ED27CFC, Page 1, Last Accessed September 11, 2020, Exhibit C |

The BIG-IP system offers adaptive response time monitoring, which measures the amount of time between when the BIG-IP system sends a probe to a resource and when the system receives a response from the resource. A monitor with adaptive response time enabled marks a service as up or down based on the deviation of latency of the monitor probe from the mean latency of a monitor probe for that service. See Fig 18.

**Citation 18: Adaptive response time monitoring**

### About adaptive response time monitoring

***Adaptive response time*** monitoring measures the amount of time between when the BIG-IP system sends a probe to a resource and when the system receives a response from the resource. It adds an extra dimension to existing monitoring capabilities. A monitor with adaptive response time enabled marks a service as up or down based on the deviation of latency of the monitor probe from the mean latency of a monitor probe for that service. In typical cases, if the monitor detects three consecutive probes that miss the latency value you set, the system marks the pool member or node as down.

#### About the types of adaptive response time monitoring

There are two types of adaptive response time monitoring:

**Absolute**
The number of milliseconds that the latency of a monitor probe can exceed the mean latency of a monitor probe, for the service being probed.

**Relative**
The percentage of deviation that the latency of a monitor probe can exceed the mean latency of a monitor probe, for the service being probed; that is, the running mean latency calculated by the system.

Fig 18

Source: https://techdocs.f5.com/en-us/bigip-16-0-0/big-ip-local-traffic-manager-monitors-reference/monitors-concepts.html#GUID-886B6012-8FFB-4F82-A3FE-ED263ED27CFC, Page 7, Last Accessed September 11, 2020, Exhibit C

The monitor marks a service down if a response to the probe does not meet the latency requirements of either the absolute or the relative limit. The system stores the last five minutes of probe history for each monitor instance in a buffer. The system uses this history to calculate the varying mean latency (*i.e.,* estimating a network-related parameter) of the probes for that monitor instance. See Fig 19.

**Citation 19: Calculation of mean latency of a probe**

**About calculating the mean latency of a probe**

A monitor marks a service down if a response to a probe does not meet the latency requirements of either the absolute limit or the relative limit, that is the running average. By default, the system stores the last five minutes of probe history for each monitor instance in a buffer. The system uses this history to calculate the varying mean latency of the probes for that monitor instance.

Fig 19

Source: [https://techdocs.f5.com/en-us/bigip-16-0-0/big-ip-local-traffic-manager-monitors-reference/monitors-concepts.html#GUID-886B6012-8FFB-4F82-A3FE-ED263ED27CFC](https://techdocs.f5.com/en-us/bigip-16-0-0/big-ip-local-traffic-manager-monitors-reference/monitors-concepts.html#GUID-886B6012-8FFB-4F82-A3FE-ED263ED27CFC), Page 7, Last Accessed September 11, 2020, Exhibit C

When a web application is overwhelmed with traffic, the application may consume excessive amounts of memory and start swapping to disk. This degrades the network performance and a server may be marked "down" unnecessarily. The servers can be configured with a HTTP monitor by enabling the Adaptive setting which calculates the mean latency (*i.e.,* network-related parameter). These parameters consider the provided bit rate to the application and thus, based on the activity factor. See Fig 20.

| | | |
|---|---|---|
| | | **Citation 20: Adaptive response time monitoring for web application traffic**<br><br>**Using adaptive response time monitoring to optimize a web application**<br><br>One example of how you can use adaptive response time monitoring is to optimize a moderately configurable web application that is served by several web servers with limited memory capacity. For example, when the web application is overwhelmed with traffic, perhaps at month end, the application may consume excessive amounts of memory and start swapping to disk, substantially degrading performance. Because performance degrades drastically when this condition poccurs, and you do not want the BIG-IP Local Traffic Manager™ to mark a server down unnecessarily, you can configure the servers in a pool with an HTTP monitor by enabling the **Adaptive** setting.<br><br>Fig 20<br><br>Source: https://techdocs.f5.com/en-us/bigip-16-0-0/big-ip-local-traffic-manager-monitors-reference/monitors-concepts.html#GUID-886B6012-8FFB-4F82-A3FE-ED263ED27CFC, Page 8, Last Accessed September 11, 2020, Exhibit C |

# Exhibit 2

## References Cited

| Exhibit(s) | Description | Link |
|---|---|---|
| Exhibit A | About Traffic Classes | https://www.f5.com/services/resources/white-papers/bandwidth-management-for-peer-to-peer-applications |
| Exhibit B | Bandwidth Management for Peer-to-Peer Applications | Bandwidth Management for Peer-to-Peer Applications |
| Exhibit C | BIG-IP Monitors | https://techdocs.f5.com/en-us/bigip-16-0-0/big-ip-local-traffic-manager-monitors-reference/monitors-concepts.html#GUID-886B6012-8FFB-4F82-A3FE-ED263ED27CFC |
| Exhibit D | What Is BIG-IP? | https://devcentral.f5.com/s/articles/what-is-big-ip-24596 |
| Exhibit E | iRule | https://clouddocs.f5.com/api/irules/ |
| Exhibit F | Rate Shaping | https://techdocs.f5.com/kb/en-us/products/big-ip-aam/manuals/product/aam-concepts-11-5-0/4.html |